**SANDERS v. STATE.**

No. 20897.

Court of Criminal Appeals of Texas.

March 6, 1940.

Rehearing Denied April 17, 1940.

T. B. Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the District Court of Collin County for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at confinement in the county jail for five days and a fine of fifty dollars.

The indictment appears regular. The appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The record is before this court without statement of facts or bills of exception.

The judgment is affirmed.